

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00287-CR

Elijah Walter **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1063
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED

SIGNED July 20, 2022.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice